HOWARD HENDRICKSON, Respondent, *v.* PETER J. CALLAN, Appellant.

*Hendrickson* v. *Callan*, 147 App. Div. 480, affirmed.
(Argued December 15, 1913; decided December 30, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1911, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action on contract.

*Neile F. Towner* for appellant.

*A. Page Smith* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.

---

THE FIRST NATIONAL BANK OF ALBANY, Respondent, *v.* GEORGE C. DE LACY et al., as Executors of FRANK CRAWFORD, Deceased, Appellants.

*First Nat. Bank of Albany* v. *Crawford*, 148 App. Div. 906, affirmed.
(Argued December 15, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon contract.

*M. H. Nellis, Andrew J. Nellis* and *Dwight W. De Motte* for appellants.

*James F. Tracey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.